UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2008 JAN -7 P 1:25

| | | |
|---|---|---|
| PHILIP KATSAROS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: ____________ |
| C.R. BARD, INC. and DAVOL INC., | ) | |
| | ) | |
| Defendants. | ) | 08 CA 10015 PBS |
| | ) | MAGISTRATE JUDGE Bowler |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S**
**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant C.R. Bard, Inc. ("Bard") and Defendant Davol Inc. ("Davol"), with full reservation of any and all defenses, objections, and exceptions, including but not limited to objections to service, venue, and statute of limitations, hereby remove the above-captioned action from the Essex Superior Court in and for Essex County, Massachusetts, to this Court. In support of removal, Defendants state as follows:

## I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Plaintiff commenced this action with his Complaint filed in Essex Superior Court in and for Essex County, Massachusetts on or about December 3, 2007. Davol was served with the Complaint on or about December 10, 2007. Bard has not yet been served but expressly joins in this Notice of Removal.

2. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants (including Plaintiff's Complaint) is attached hereto as Ex. A.

3. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a), as it is the District Court embracing the Essex Superior Court in and for Essex County, Massachusetts, where Plaintiff's Complaint is pending. *See* 28 U.S.C. § 101.

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within 30 days after the first receipt by Davol and Bard, through service, of Plaintiff's Complaint, which sets forth the bases for removal.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing a written notice of this removal with the clerk of the Essex Superior Court in and for Essex County, Massachusetts, where Plaintiff's Complaint is pending. A copy of this Notice of Removal is attached as Ex. B and the written notice of same provided to the state court is also being served upon Plaintiff's counsel in accordance with 28 U.S.C. § 1446(d).

## II. THIS COURT HAS DIVERSITY JURISDICTION

6. As will be shown more fully below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Bard and Davol. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### A. The Amount-In-Controversy Requirement Is Satisfied

7. Although Defendants deny Plaintiff's claims, the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met, as Plaintiff explicitly seeks damages in the amount of $290,000. (*See* Plaintiff's Civil Action Cover Sheet).

**B. The Parties Are Completely Diverse**

8. Plaintiff is a resident citizen of Haverhill, Essex County, Massachusetts. (*See* Complaint ¶ 1.)

9. Defendant Bard is, and has been at all relevant times, a corporation organized under the laws of New Jersey with its principal place of business in New Jersey. Accordingly, Bard is a citizen of New Jersey. *See* 28 U.S.C. § 1332(c)(1).

10. Defendant Davol is, and has been at all relevant times, a corporation organized under the laws of the State of Delaware with its principal place of business in Rhode Island. Accordingly, Davol is a citizen of those two states. *See* 28 U.S.C. § 1332(c)(1).

WHEREFORE, Defendant C.R. Bard, Inc. and Defendant Davol Inc. respectfully remove this action from the Essex Superior Court in and for Essex County, Massachusetts, to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Should any question arise as to the propriety of this removal, Defendants respectfully request an opportunity to provide briefing and oral

Respectfully submitted,

Dated: January 7, 2008

BY: [signature]

Grace V.B. Garcia, BBO# 640970
Morison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel.: (617) 439-7500

*ATTORNEYS FOR DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, a true and correct copy of the foregoing Notice of Removal has been served upon the following counsel of record in the manner indicated below.

Paul Nathan, Esq.
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970
(978) 745-4455
*first class mail, postage pre-paid*

BY: ______________________