# EXHIBIT A

NATHAN & KREVAT
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

Paul Nathan
Matthew E. Krevat
Leah M. Toppin

Telephone
(978) 745-4455
Facsimile
(978) 744-4463

December 6, 2007

President/Authorized Agent
Davol, Inc.
100 Sockanossett Crossroad
Cranston, Rhode Island 02920

Re: Philip Katsaros vs. C.R. Bard, Inc. and Davol, Inc.
Essex Superior Court Civil Action #: 2007-02294-B

Dear Sir/Madam:

In compliance with Massachusetts Rules of Civil Procedure, Rule 4(e), enclosed please find a Summons, copy of Complaint, Civil Action Cover Sheet and Tracking Order.

This letter constitutes service of process pursuant to the above referenced rule.

Thank you.

Sincerely,

Paul Nathan mk

Paul Nathan

PN/ao

CERTIFIED MAIL RETURN RECEIPT NO.: 7004 2890 0003 2871 4737

NATHAN & KREVAT
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

Paul Nathan
Matthew E. Krevat
Leah M. Toppin

Telephone
(978) 745-4455
Facsimile
(978) 744-4463

December 3, 2007

07- 2294 B

Civil Clerk's Office
Essex Superior Court
34 Federal Street
Salem, Massachusetts 01970

Re: Philip Katsaros vs. C.R. Bard, Inc., and Davol, Inc.
Essex Superior Court Civil Action No.:

Dear Sir/Madam:

Enclosed please find:

1) Complaint;

2) Civil Action Cover Sheet;

3) Check for filing fee ($275.00).

Thank you.

Sincerely,

Paul Nathan

PN/ao

Enclosure

HAND DELIVERED

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION NO.

*****************************************
PHILIP KATSAROS, *
Plaintiff *
*
vs. *
*
C.R. BARD, INC. and *
DAVOL, INC., *
Defendants *
*****************************************

**COMPLAINT**

**PARTIES**

1. The plaintiff, Philip Katsaros, is an individual who resides in Haverhill, Essex County, Massachusetts.

2. The defendant, C.R. Bard, Inc., is a corporation with principal place of business at 730 Central Avenue, Murray Hill, New Jersey.

3. The defendant, Davol, Inc., is a corporation with principal place of business at 100 Sockanossett Crossroad, Cranston, Rhode Island.

**COUNT I**
**Katsaros v. C. R. Bard, Inc.**

4. On or about December 7, 2004, the plaintiff, Philip Katsaros, underwent hernia surgery when a Bard Composix Mesh patch/prosthesis was inserted. Plaintiff Katsaros subsequently developed infection due to the Bard Composix Mesh patch/prosthesis.

5. The defendant, C.R. Bard, Inc. and/or its subsidiary manufactured and/or distributed the Composix Mesh patch/prosthesis inserted during the hernia repair. The Bard Composix Mesh patch/prosthesis that was inserted into Plaintiff was defective.

6. On or about January 2006, Defendant, C. R. Bard, Inc. recalled the Bard Composix Mesh patch/prosthesis that was inserted into Plaintiff.

7. As a direct and proximate result of the defective product provided by defendant, C.R. Bard, Inc., the plaintiff endured further surgeries for the removal of the Composix Mesh patch/prosthesis and additional surgery for hernia repair and medical treatment, incurred medical bills, was restricted in his activities, and was otherwise injured.

**WHEREFORE,** the plaintiff demands judgment against the defendant for the full and fair value of the injuries he received.

**COUNT II**
**Katsaros v. Davol, Inc.**

8. Plaintiff repeats and realleges paragraphs 1 – 7 as if expressly rewritten herein.

9. The defendant, Davol, Inc. manufactured and/or distributed the Composix Mesh patch/prosthesis inserted during the hernia repair. The Composix Mesh patch/prosthesis that was inserted into Plaintiff was defective.

10. On or about January 2006, Defendant, Davol, Inc. recalled the Composix Mesh patch/prosthesis that was inserted into Plaintiff.

11. As a direct and proximate result of the defective product provided by defendant, Davol, Inc., the plaintiff endured further surgeries for the removal of the Composix Mesh patch/prosthesis and additional surgery for hernia repair and medical treatment, incurred medical bills, was restricted in his activities, and was otherwise injured.

**WHEREFORE**, the plaintiff demands judgment against the defendant for the full and fair value of the injuries he received.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO EVERY FACT AND ISSUE PRESENTED.**

By Plaintiff's Attorney,

Dated: 12/3/07

Paul

Paul Nathan, Esquire
B.B.O. # : 367420
**NATHAN & KREVAT**
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

| CIVIL ACTION COVER SHEET | DOC .T NO.(S) | Tri. urt of Massachusetts<br>Superior Court Department<br>County: Essex |
|---|---|---|

| PLAINTIFF(S) Philip Katsaros | DEFENDANT(S) C.R. Bard, Inc. and Davol, Inc. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Paul Nathan, Esquire<br>NATHAN & KREVAT<br>159 Derby St., Salem, MA 01970<br>Board of Bar Overseers number: 367420 (978) 745-4455 | ATTORNEY (if known) |

**Origin Code and track designation**

Place an x in one box only:

- ■ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct.C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct.C.231,s.102C(X)
- ☐ 4. F04 District Court Appeal c. 231,s.97 & 104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | A | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

A. Documented medical expenses to date:

1. Total hospital expenses ....estimated.... $ 40,000.00
2. Total Doctor expenses.... $will supplement
3. Total chiropractic expenses.... $
4. Total physical therapy expenses.... $
5. Total other expenses (describe).... $

**Subtotal: $ 40,000.00**

B. Documented lost wages and compensation to date .... $

C. Documented property damages to date .... $

D. Reasonably anticipated future medical and hospital expenses .... $

E. Reasonably anticipated lost wages.... $

F. Other documented items of damages (describe) **Pain and suffering** .... $ 250,000.00

G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe):
**Plaintiff was caused to undergo multiple surgeries after the Composix Mesh manufactured and ultimately recalled, by defendants caused infection** .

**TOTAL: $ 290,000.00**

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

**TOTAL: $**......

PLEASE IDENTIFY, BY CASE NUMBER AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record [signature] DATE: 12/3/07

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2007-02294-B

Philip Katsaros, Plaintiff(s)

v.

C.R. Bard, Inc., and Davol, Inc., Defendant(s)

## SUMMONS

To the above named Defendant: Davol, Inc.

You are hereby summoned and required to serve upon Paul Nathan, Esq., NATHAN & KREVAT, plaintiff's attorney, whose address is 159 Derby St., Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE, Esquire, at Salem, the 6th day of December, in the year of our Lord two thousand seven.

Thomas H. Driscoll Jr.
*Clerk*

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

**Commonwealth of Massachusetts**
**County of Essex**
**The Superior Court**

CIVIL DOCKET # **ESCV2007-02294-B**
**Courtroom CtRm 1 (145 High St., Newburyport, MA)**

RE: **Katsaros v C R Bard Inc et al**

TO: Paul Nathan, Esquire
Nathan & Krevat
159 Derby Street
Salem, MA 01970

## SCHEDULING ORDER FOR A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue by **11/17/2010**

| STAGES OF LITIGATION | DEADLINES | | |
|---|---|---|---|
| | **SERVED BY** | **FILED BY** | **HEARD BY** |
| Service of process made and return filed with the Court | 03/02/2008 | 03/02/2008 | |
| Response to the complaint filed (also see MRCP 12) | | 04/01/2008 | |
| All motions under MRCP 12, 19, and 20 | <ERROR> | 05/01/2008 | <ERROR> |
| All motions under MRCP 15 | <ERROR> | 02/25/2009 | <ERROR> |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/22/2009 | | |
| All motions under MRCP 56 | <ERROR> | 01/21/2010 | |
| Final pre-trial conference held and/or firm trial date set | | | 05/21/2010 |
| Case shall be resolved and judgment shall issue by **11/17/2010** | | | **11/17/2010** |

- **The final pre-trial deadline is <u>not the scheduled date of the conference</u>.**
- **You will be notified of that date at a later time.**
- **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 12/04/2007

Thomas H. Driscoll Jr.
Clerk of the Court

Telephone: (978) 462-4474

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at**

NATHAN & KREVAT
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE.

CERTIFIED MAIL

7004 2890 0003 2871 4737




President/Authorized Agent
Davol, Inc.
100 Sockanossett Crossroad
Cranston, Rhode Island 02920