**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PHILIP KATSAROS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 08 CA 10015 PBS |
| v. | ) | |
| | ) | |
| C.R. BARD, INC. and DAVOL INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Respectfully submitted,

Dated: January 7, 2008

*/s/ Grace V. B. Garcia*

BY: ______________________________

Grace V.B. Garcia, BBO# 640970
Morison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel.: (617) 439-7500

*ATTORNEYS FOR DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL INC.*

**Certificate of Service**

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 7, 2008.

*/s/ Grace V. B. Garcia*

______________________________
Grace V. B. Garcia