# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER
CONNECTICUT
HARTFORD
ENGLAND
LONDON
NEW HAMPSHIRE
MANCHESTER
NEW JERSEY
PARSIPPANY
NEW YORK
NEW YORK
RHODE ISLAND
PROVIDENCE

Grace V. B. Garcia
Partner
Direct Dial: 617-737-8822
Direct Fax: 617-342-4914
ggarcia@morrisonmahoney.com

February 7, 2008

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re: Philip Katsaros v. C.R. Bard, Inc. and Davol Inc.
Civil Action No.: 08 CA 10015 PBS
Our File No.: 10029452

Dear Sir/Madam:

Enclosed please find certified copies of the following pleadings:

1. Essex Superior Court Docket
2. Complaint;
3. Civil Action Cover Sheet;
4. Scheduling Order;
5. Summons to Davol, Inc.;
6. Summons to C.R. Bard, Inc.;
7. Notice to State Court of Notice of Removal to Federal.

This matter was removed to the Federal Court on January 7, 2008.

Thank you.

Very truly yours,

/s/ Grace V.B. Garcia

Grace V. B. Garcia

GVBG/nfd
Enclosures
cc: Paul Nathan, Esquire