MASXP-20071107
collins

**Commonwealth of Massachusetts**
**ESSEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**

02/06/2008
10:31 AM

# ESCV2007-02294
# Katsaros v C R Bard Inc et al

| | | | |
|---|---|---|---|
| **File Date** | 12/03/2007 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 02/06/2008 | **Session** | B - Civil-CtRm 1 (Newburyport) |
| **Origin** | 1 - Complaint | **Case Type** | B05 - Products liability |
| **Track** | A - Average track | **Lead Case** | **Jury Trial** Yes |

## DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | | | 11/22/2009 | | | |
| **Filed By** | 03/02/2008 | 04/01/2008 | 05/01/2008 | 02/25/2009 | | 01/21/2010 | | 11/17/2010 |
| **Heard By** | | | | | | | 05/21/2010 | |

## PARTIES

**Plaintiff**
Philip Katsaros
Active 12/03/2007

**Private Counsel 367420**
Paul Nathan
Nathan & Krevat
159 Derby Street
Salem, MA 01970
Phone: 978-745-4455
Fax: 978-744-4463
Active 12/04/2007 Notify

**Defendant**
C R Bard Inc
Served: 12/10/2007
Served (answr pending) 12/19/2007

**Private Counsel 640970**
Grace V Bacon Garcia
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone: 617-439-7500
Fax: 617-439-7590
Active 02/06/2008 Notify

**Defendant**
Davol Inc
Served: 12/10/2007
Served (answr pending) 12/19/2007

*** See Attorney Information Above ***

A TRUE ATTEST:
Deputy Asst. Clerk

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 12/03/2007 | 1.0 | Complaint & civil action cover sheet filed |
| 12/03/2007 | | Origin 1, Type B05, Track A. |
| 12/19/2007 | 2.0 | SERVICE RETURNED: Davol Inc(Defendant) on 12/10/07 by certified mail, green card attached |
| 12/19/2007 | 3.0 | SERVICE RETURNED: C R Bard Inc(Defendant) on 12/10/07 by certified mail, green card attached |
| 02/06/2008 | 4.0 | Notice for Removal to the United States District Court filed by C R Bard Inc, Davol Inc |
| 02/06/2008 | | Case REMOVED this date to US District Court of Massachusetts |

**Commonwealth of Massachusetts**
**ESSEX SUPERIOR COURT**
**Case Summary**
**Civil Docket**



## ESCV2007-02294
## Katsaros v C R Bard Inc et al

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 03/10/2008 | Civil-CtRm 1 (Newburyport) | Status: Clerk Follow UP | Event canceled not re-scheduled |

**A TRUE ATTEST:**

*Deputy Asst. Clerk*