1

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION NO.
07-2294 B

****************************************
PHILIP KATSAROS, *
Plaintiff *
*
vs. *
*
C.R. BARD, INC. and *
DAVOL, INC., *
Defendants *
****************************************

**COMPLAINT**

A TRUE ATTEST:
Deputy Asst. Clerk

**PARTIES**

1. The plaintiff, Philip Katsaros, is an individual who resides in Haverhill, Essex County, Massachusetts.

2. The defendant, C.R. Bard, Inc., is a corporation with principal place of business at 730 Central Avenue, Murray Hill, New Jersey.

3. The defendant, Davol, Inc., is a corporation with principal place of business at 100 Sockanossett Crossroad, Cranston, Rhode Island.

**COUNT I**
**Katsaros v. C. R. Bard, Inc.**

4. On or about December 7, 2004, the plaintiff, Philip Katsaros, underwent hernia surgery when a Bard Composix Mesh patch/prosthesis was inserted. Plaintiff Katsaros subsequently developed infection due to the Bard Composix Mesh patch/prosthesis.

5. The defendant, C.R. Bard, Inc. and/or its subsidiary manufactured and/or distributed the Composix Mesh patch/prosthesis inserted during the hernia repair. The Bard Composix Mesh patch/prosthesis that was inserted into Plaintiff was defective.

6. On or about January 2006, Defendant, C. R. Bard, Inc. recalled the Bard Composix Mesh patch/prosthesis that was inserted into Plaintiff.

7. As a direct and proximate result of the defective product provided by defendant, C.R. Bard, Inc., the plaintiff endured further surgeries for the removal of the Composix Mesh patch/prosthesis and additional surgery for hernia repair and medical treatment, incurred medical bills, was restricted in his activities, and was otherwise injured.

**WHEREFORE,** the plaintiff demands judgment against the defendant for the full and fair value of the injuries he received.

**COUNT II**
**Katsaros v. Davol, Inc.**

8. Plaintiff repeats and realleges paragraphs 1 – 7 as if expressly rewritten herein.

9. The defendant, Davol, Inc. manufactured and/or distributed the Composix Mesh patch/prosthesis inserted during the hernia repair. The Composix Mesh patch/prosthesis that was inserted into Plaintiff was defective.

10. On or about January 2006, Defendant, Davol, Inc. recalled the Composix Mesh patch/prosthesis that was inserted into Plaintiff.

11. As a direct and proximate result of the defective product provided by defendant, Davol, Inc., the plaintiff endured further surgeries for the removal of the Composix Mesh patch/prosthesis and additional surgery for hernia repair and medical treatment, incurred medical bills, was restricted in his activities, and was otherwise injured.

**WHEREFORE**, the plaintiff demands judgment against the defendant for the full and fair value of the injuries he received.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY AS TO EVERY FACT AND ISSUE PRESENTED.**

By Plaintiff's Attorney,

Dated: 12/3/07

Paul Nathan, Esquire
B.B.O. # : 367420
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

A TRUE ATTEST: