| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 07-2294 B | Trial Court of Massachusetts Superior Court Department County: Essex |
|---|---|---|

| PLAINTIFF(S) Philip Katsaros | DEFENDANT(S) C.R. Bard, Inc. and Davol, Inc. |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>Paul Nathan, Esquire<br>NATHAN & KREVAT<br>159 Derby St., Salem, MA 01970<br>Board of Bar Overseers number: 367420 (978) 745-4455 | ATTORNEY (if known)<br>A TRUE ATTEST:<br>Deputy Asst. Clerk |

**Origin Code and track designation**

Place an x in one box only:

- ■ 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct.C.231,s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct.C.231,s.102C(X)
- ☐ 4. F04 District Court Appeal c. 231,s.97 & 104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- ☐ 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | A | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

A. Documented medical expenses to date:

| | |
|---|---|
| 1. Total hospital expenses ....estimated.... | $ 40,000.00 |
| 2. Total Doctor expenses.... | $will supplement |
| 3. Total chiropractic expenses.... | $ |
| 4. Total physical therapy expenses.... | $ |
| 5. Total other expenses (describe).... | $ |
| Subtotal: | $ 40,000.00 |
| B. Documented lost wages and compensation to date .... | $ |
| C. Documented property damages to date .... | $ |
| D. Reasonably anticipated future medical and hospital expenses .... | $ |
| E. Reasonably anticipated lost wages.... | $ |
| F. Other documented items of damages (describe) **Pain and suffering** .... | $ 250,000.00 |

G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe):
**Plaintiff was caused to undergo multiple surgeries after the Composix Mesh manufactured and ultimately recalled, by defendants caused infection** .

FILED IN THE SUPERIOR COURT FOR THE COUNTY OF ESSEX ... 3 2007 ... CLERK

**TOTAL: $ 290,000.00**

**CONTRACT CLAIMS**

(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

**TOTAL: $......**

PLEASE IDENTIFY, BY CASE NUMBER AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my client with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."**

Signature of Attorney of Record ________ DATE: 12/3/07