**Commonwealth of Massachusetts**
**County of Essex**
**The Superior Court**

CIVIL DOCKET # **ESCV2007-02294-B**
**Courtroom CtRm 1 (145 High St., Newburyport, MA)**

RE: **Katsaros v C R Bard Inc et al**

TO: Paul Nathan, Esquire
Nathan & Krevat
159 Derby Street
Salem, MA 01970

A TRUE ATTEST:
Deputy Asst. Clerk

## SCHEDULING ORDER FOR A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue by **11/17/2010**

| STAGES OF LITIGATION | DEADLINES: SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 03/02/2008 | 03/02/2008 | |
| Response to the complaint filed (also see MRCP 12) | | 04/01/2008 | |
| All motions under MRCP 12, 19, and 20 | <ERROR> | 05/01/2008 | <ERROR> |
| All motions under MRCP 15 | <ERROR> | 02/25/2009 | <ERROR> |
| All discovery requests **and depositions** served and non-expert depositions completed | 11/22/2009 | | |
| All motions under MRCP 56 | <ERROR> | 01/21/2010 | |
| Final pre-trial conference held and/or firm trial date set | | | 05/21/2010 |
| Case shall be resolved and judgment shall issue by **11/17/2010** | | | **11/17/2010** |

- **The final pre-trial deadline is not the scheduled date of the conference.**
- **You will be notified of that date at a later time.**
- **Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 12/04/2007

Thomas H. Driscoll Jr.
Clerk of the Court

Telephone: (978) 462-4474

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130** --Check website as to status of case: http://**ma-trialcourts.org/tcic**

747571 inidoc01 exarhose