2

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2007-02294-B

Philip Katsaros ......................................................................................, Plaintiff(s)

*v.*

C. R. Bard, Inc., and Davol, Inc. ......................................................................................, Defendant(s)

## SUMMONS

To the above named Defendant: Davol, Inc.

You are hereby summoned and required to serve upon Paul Nathan, Esq., NATHAN & KREVAT, plaintiff's attorney, whose address is 159 Derby St., Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse
WITNESS, S[redacted], Esquire, at Salem, the 6th day of December, in the year of our Lord two thousand seven.

A TRUE ATTEST:
[signature]
Deputy Asst. Clerk

Thomas H. Driscoll Jr.
Clerk

NOTES:

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

FILED
IN THE SUPERIOR COURT
FOR THE COUNTY OF ESSEX
DEC 19 2007
CLERK

7004 2890 0003 2871 4737

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

President/Authorized Agent

| | | |
|---|---|---|
| Postage | $ 58 | Postmark Here |
| Certified Fee | 2.65 | |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.38 | |

Sent To: Davol, Inc.
Street, Apt. No.; or PO Box No.: 100 Sockanossett Crossroad
City, State, ZIP+4: Cranston, RI 02920

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President/Authorized Agent
Davol, Inc.
100 Sockanossett Crossroad
Cranston, RI 02920

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) D. CABRAL C. Date of Delivery DEC 10 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2890 0003 2871 4737

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

FILED
IN THE SUPERIOR COURT
FOR THE COUNTY OF ESSEX
DEC 19 2007
CLERK