(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

3

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2007-02294-B

Philip Katsaros, Plaintiff(s)

v.

C.R. Bard, Inc., and Davol, Inc., Defendant(s)

## SUMMONS

To the above named Defendant: C.R.Bard, Inc.

You are hereby summoned and required to serve upon Paul Nathan, Esq., NATHAN & KREVAT, plaintiff's attorney, whose address is 159 Derby St., Salem, MA 01970, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Essex either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE, Esquire, at Salem, the 6th day of December, in the year of our Lord two thousand seven.

A TRUE ATTEST:
Deputy Asst. Clerk

Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

**FILED**
IN THE SUPERIOR COURT
FOR THE COUNTY OF ESSEX

DEC 19 2007

[signature]
CLERK

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

President/Authorized Agent

7004 2890 0003 2871 4720

| | |
|---|---|
| Postage | $ 1.58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To: C. R. Bard, Inc.
Street, Apt. No.; or PO Box No.: 730 Central Avenue
City, State, ZIP+4: Murray Hill, NJ 07974

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President/Authorized Agent
C.R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

2. Article Number (Transfer from service label) 7004 2890 0003 2871 4720

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Anthony [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): A. [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

A TRUE ATTEST
[signature]
Deputy Asst. Clerk