4

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION NO.
2007-02294-B

| | |
|---|---|
| PHILIP KATSAROS, Plaintiff | * |
| v. | * |
| C.R. BARD, INC. and DAVOL INC., Defendants. | * |

**NOTICE TO STATE COURT OF NOTICE OF REMOVAL TO FEDERAL**

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the District of Massachusetts ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on January 7, 2008. A copy of this notice is on file with the District Court. The Essex Superior Court in and for Essex County, Massachusetts may proceed no further unless or until this case is remanded.

A TRUE ATTEST:

Asst. Clerk

Respectfully submitted,

Dated: January 7, 2008

BY: ______________________

Grace V.B. Garcia, BBO# 640970
Morison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel.: (617) 439-7500

*ATTORNEYS FOR DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, a copy of the foregoing Notice of Removal was served upon the following in the manner listed below:

Paul Nathan, Esq.
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970
(978) 745-4455
*first class mail, postage pre-paid*

BY: ______________________

A TRUE ATTEST:

______________________
Deputy Asst. Clerk