UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP KATSAROS,

Plaintiff,

v.

C.R. BARD, INC. and DAVOL INC.,

Defendants.

Case No.: 1:08-cv-10015

**DEFENDANTS' ASSENTED- TO MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL**

Defendant Davol Inc. and Defendant C.R. Bard, Inc. respectfully request that the Court enter an order staying all requirements, deadlines, and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). This Motion has been assented-to by the plaintiff. The grounds for this Motion are set forth more fully below.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff alleges that the Composix® Kugel® Patch, a medical device manufactured and sold by Defendant Davol Inc. and used by Plaintiff's surgeon in conjunction with Plaintiff's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization

of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Although this case was not the subject of the JPML's original Transfer Order, it was previously noticed as a potential "tag-along action" on January 9, 2008. (*See* Defendants' Forty-Sixth Rule 7.5(e) Notice of Potential Tag-Along, *IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION*, MDL Docket No. 1842 (Ex. 1).) Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a Conditional Transfer Order-14 was issued on February 1, 2008 and initially transferred this case to District of Rhode Island. (Ex. 2.)

Given that the parties will not oppose MDL transfer in this case, and given further that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed pending transfer to the United States District Court for the District of Rhode Island. Upon transfer, the parties agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

## CONCLUSION

WHEREFORE, Defendants request that the Court grant this Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case pending its transfer to the United States District Court for the District of Rhode Island.

Respectfully submitted,

Dated: February 15, 2008

**DEFENDANT C.R. BARD, INC. AND DEFENDANT DAVOL INC.**

BY: /s/ Grace V. Garcia

Grace V. Garcia BBO#640970
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Tel.: 617.737.8822

Assented to by,

**PLAINTIFF, PHILIP KATSAROS**

BY: /s/ Paul Nathan, /gg

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
(978) 745-4455

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2008, a true and correct copy of the foregoing MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL filed via the Court's ECF filing system and that service of same was made upon the following counsel in the manner provided below:

Paul Nathan, Esq.
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970
(978) 745-4455

(*electronic notice*)

/s/ Grace V. Garcia