# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge D. Lowell Jensen**
**United States District Court**
**Northern District of California**

**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**Judge Anthony J. Scirica**
**United States Court of Appeals**
**Third Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

February 1, 2008

TO INVOLVED COUNSEL

Re: MDL No. 1842 -- IN RE: Kugel Mesh Hernia Patch Products Liability Litigation

(See Attached CTO-14)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: February 19, 2008 (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan-Stone
Deputy Clerk

Attachments