STAYED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:08−cv−10015−PBS

Katsaros v. C.R. Bard, Inc. et al
Assigned to: Judge Patti B. Saris
Case in other court: Essex Superior Court, 07−02294−B
Cause: 28:1441 Petition for Removal− Personal Injury

Date Filed: 01/07/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Philip Katsaros** represented by **Paul Nathan**
Nathan &Krevat
159 Derby Street
Salem, MA 01970
978−745−4455
Email: leah@nklaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by **Grace V. Bacon Garcia**
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617−439−7500
Fax: 617−342−4914
Email: ggarcia@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Grace V. Bacon Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2008 | " 1 | NOTICE OF REMOVAL from Essex Superior Court, case number 2007−02294−B. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet Civil and Category Sheets)(Boyce, Kathy) (Entered: 01/07/2008) |
| 01/07/2008 | " | ELECTRONIC NOTICE of Case Assignment. Judge Patti B. Saris assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler (Boyce, Kathy) (Entered: 01/07/2008) |

| | | |
|---|---|---|
| 01/07/2008 | " 2 | ANSWER to Complaint with Jury Demand by C.R. Bard, Inc., Davol, Inc..(Garcia, Grace) (Entered: 01/07/2008) |
| 01/07/2008 | " 3 | CORPORATE DISCLOSURE STATEMENT by C.R. Bard, Inc., Davol, Inc.. (Garcia, Grace) (Entered: 01/07/2008) |
| 01/08/2008 | " 4 | NOTICE of SCHEDULING CONFERENCE. Scheduling Conference set for 2/21/2008 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/08/2008) |
| 01/08/2008 | " | Filing fee: $ 350.00, receipt number 831 for 1 Notice of Removal (Patch, Christine) (Entered: 01/09/2008) |
| 02/08/2008 | " 5 | STATE COURT Record Davol, Inc. served on 12/10/2007, answer due 12/30/2007.. (Attachments: # 1 Supplement Essex Superior Court Docket, # 2 Supplement Complaint − Essex Superior Court, # 3 Supplement Civil Action Cover Sheet, # 4 Supplement Scheduling Order, # 5 Supplement Summons Davol, # 6 Supplement Summons Bard, # 7 Supplement State Court Notice of Removal to Federal)(Garcia, Grace) (Entered: 02/08/2008) |
| 02/15/2008 | " 6 | Assented to MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit Rule 7.5(e) Notice, # 2 Exhibit Conditional Transfer Order)(Garcia, Grace) (Entered: 02/15/2008) |
| 02/19/2008 | " | Judge Patti B. Saris: Electronic ORDER entered allowing 6 Assented to MOTION to Stay of Proceedings Pending Transfer to Federal MDL by C.R. Bard, Inc., Davol, Inc. "Allowed. The case is administratively stayed. Parties shall notify the Court when it is appropriate to reopen. The February 21, 2008 Scheduling Conference is canceled." (Alba, Robert) (Entered: 02/19/2008) |
| 02/25/2008 | " 7 | Copy of MDL Conditional Transfer Order number 14 in MDL Case 1842 received from the MDL Panel. (Jones, Sherry) (Entered: 02/25/2008) |